JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANKYUNG CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>TWIN BROTHERS IMPORTS, INC., et al.,<br><br>        Defendants. | Case No.  CV 23-1326-GW-JPRx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice as to all claims, causes of action, and parties, with the exception that the court retains the jurisdiction over the enforcement of the settlement agreement among the parties, with each party bearing that party's own attorney's fees and costs.

IT IS SO ORDERED.

Dated: May 3, 2024

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE